# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19ᵗʰ STREET
DENVER, COLORADO 80294
(303) 844-6118

**JOHN L. KANE**
SENIOR JUDGE

**SELF INITIATED
AMENDMENT**

May 17, 2007

Committee On Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, NE
Washington, D.C. 20544

RECEIVED 2007 MAY 22 A 9: 48
FINANCIAL DISCLOSURE OFFICE

Re: 2006 Report mailed May 14, 2007

To whom it may concern,

I find I must amend my 2006 disclosure report because I omitted having attended a conference in Squaw Valley, California in May, 2006. I paid my own transportation expenses and forgot that the expenses for hotel and meals were paid by the Gruter Institute which hosts the conference. I have attached a statement from the Gruter Institute that provides the necessary details. My stay was for five nights and four days. No honorarium was paid and no registration fee was charged. According to the attached statement the amount for food and lodging was $1,656.65.

If you need more information, kindly advise.

Sincerely,



John L. Kane

 
RE:
http://www.uscourts.gov/SeminarDisclosureSystem/index.cfm

Dear Judge Kane,

Following please find information related to the funding sources for the Gruter Institute, along with costs related to the upcoming conference in Squaw Valley.  Please let me know if you require any further information.

The Gruter Institute is a 501I(c)(3) organization based in Portola Valley, California. The expenses for the Gruter Institute's annual Squaw Valley conference, including food and accommodations, are funded by a grant from the Ann & Gordon Getty Foundation.

The cost breakdown for the conference per person, per day, is as follows –

| | |
|---|---|
| $169.00 | room charge |
| 16.90 | tax |
| 113.00 | food |
| 22.60 | gratuity |
| 9.83 | tax |
| | |
| $331.33 | Total per day |

With respect to the Gruter Institute's activities more generally, the Institute is supported primarily by funds from its founder, Margaret Gruter, as well as funds from the Ann & Gordon Getty Foundation.  In addition, the Gruter Institute has received funding from various other sources including private individuals, and specific programatic funds from the John Templeton Foundation and UCLA-Sloan Foundation Research Program on Business Organizations, and certain governmental organizations. The Gruter Institute also has receives in-kind and other support from numerous universities in the U.S. and abroad.

I look forward to seeing you at the meeting.

With regards,
Jeanne
Jeanne H. Giaccia
Program Coordinator
Gruter Institute for Law and Behavioral Research
158 Goya Road
Portola Valley, CA  94028



| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KANE, JOHN L. JR. | U.S. DISTRICT COURT DISTRICT of Colorado | 5/14/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Senior District Judge | ___ Nomination, Date _____<br>___ Initial  X Annual ___ Final | 1/1/06 – 12/31/06 |
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 901 19 th ST. Denver, CO 80294 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

FINANCIAL DISCLOSURE OFFICE 2007 MAY 21 A 10: 34 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KANG, John L. JR. | 5/14/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| John L. KANE, JR. | 5/14/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Cash + Schwab Sweep | | | | | | | | | |
| 2 Money Market | D | INT | G | T | | | | | |
| 3 Putnam Tax Exempt | | | D | T | | | | | |
| 4 Westcore Tax Exempt | A | DIV | E | T | | | | | |
| 5 Nuveen Moni Adutg Fund | | | D | T | | | | | |
| 6 Piper Jaffray Cos New | | | C | T | | | | | |
| 7 Qwest Comm Intl Inc | | | B | T | | | | | |
| 8 St Paul Travlers Cos | | | D | T | | | | | |
| 9 Putnam Conv. Incom | | | D | T | | | | | |
| 10 Wells Fargo Bank | A | INT | J | T | | | | | |
| 11 Smith Barney MKT Acct. | B | INT | L | T | | | | | |
| 12 Alliance Fed. Cr. U. | A | INT | J | T | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | John L. KANE, Sr | 5-14-07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Sorry for The handwritten report, but I have vision problems and the font on The electronic disclosure form is Too small for me To Read.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬ Date May 14, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544